IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JACOB MICHAEL WARE,

    **Plaintiff,**

v.                                           Case No. 1:17cv183-MW/CAS

**NANCY A. BERRYHILL,**
**Deputy Commissioner for Operations,**

    **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 20, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation and request for oral argument. ECF No. 21. Accordingly

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner that Plaintiff's disability ended on November 10, 2014, and that Plaintiff has not become disabled since that date is **AFFIRMED** and Judgment entered for Defendant. The request for oral argument is **DENIED**.

Pursuant to Federal Rule of Civil Procedure 25(d), the Clerk is directed to substitute Deputy Commissioner for Operations Nancy A. Berryhill as the Defendant." The Clerk shall close the file.

**SO ORDERED on June 5, 2018.**

<u>**s/Mark E. Walker**</u> ____
**United States District Judge**